IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUTH SILLS                                                                                          PLAINTIFF

VS.                              CASE NO. 3:06CV00077 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 26th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE